CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| MORRELL, MARILYN P ) | Case No. 09-09970-PHX-GBN |
| MORRELL, HERBERT F ) | |
| ) | NOTICE OF TRUSTEE'S INTENT |
| ) | TO ABANDON PROPERTY |
| ) | |
| Debtor(s) ) | |
| ) | |

NOTICE IS GIVEN that <u>CONSTANTINO FLORES</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

1. Real Property located at 13174 N. 81ST AVE, PEORIA, AZ 85381.

Any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with BRIAN D. KARTH, US BANKRUPTCY COURT, CLERK, DISTRICT OF ARIZONA, 230 NORTH FIRST AVENUE, SUITE 101, PHOENIX, AZ 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee at the following address:

TRUSTEE:    <u>CONSTANTINO FLORES, P.O. Box 511, Phoenix, AZ 85001-0511</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

*June 2, 2010*                                             */s/ Constantino Flores*
Date                                                        Constantino Flores, Trustee